UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR V. KARPOV, | Case No. 5:26-cv-02182-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERNESTO SANTACRUZ JR, et al., | |
| Respondents. | |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Respondents are ordered to release Petitioner Aleksandr V. Karpov from ICE custody immediately and return Petitioner's personal belongings, including, but not limited to, his personal identification and any work permit, social security card and all his identification documents confiscated from him at the time of detention.

DATED:  May 8, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES DISTRICT JUDGE